L. B. MAYNARD, *Appellant,* v. J. T. WALTHALL *et al., Appellees.*

No. 16,266.

Appeal from Miami district court; WINFIELD H. SHELDON, judge. Opinion filed April 9, 1910. Reversed.

*Frank M. Sheridan,* for the appellant.

*E. J. Sheldon,* and *S. J. Shively,* for the appellees.

Memorandum Decisions.

*Per Curiam:* The facts in this case and the points for decision are substantially similar to those in *Remington v. Walthall*, ante, p. 234, and following the ruling in that case the judgment in this case is reversed and the cause remanded for further proceedings.